UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD'S SYNDICATE 457, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-16-3050 |
| FLOATEC LLC D/B/A FLOATEC SOLUTIONS, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

The parties have asked this court to stay pending mediation in the Fifth Circuit. The request is granted. The case is stayed and administratively closed to allow the mediation to occur. Within 14 days of the mediation, the parties must: (1) file a status report with this court; and, (2) if the mediation is unsuccessful, file a motion to reinstate the case to the active docket.

The court appreciates the parties' efforts at resolution.

SIGNED on October 18, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

1