UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LLOYD'S SYNDICATE 457, *et al.*, § § § Plaintiffs, § VS. § § FLOATEC LLC D/B/A FLOATEC § SOLUTIONS, LLC, *et al.*, § § Defendants. § | CIVIL ACTION NO. H-16-3050 |

## PARTIAL FINAL JUDGMENT UNDER RULE 54(b)

For the reasons stated in the Order issued on this date, partial final judgment under Federal Rule of Civil Procedure 54(b) is entered on the Underwriters' claims against Floatec LLC, which are dismissed, with prejudice, in accordance with the July 27, 2017 Memorandum and Opinion. (Docket Entry No. 63). The court finds that the judgment disposes of the claims against Floatec in this multiple-claim and party action. The court also finds no just reason for delay.

SIGNED on February 6, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge

1