United States District Court
Southern District of Texas
**ENTERED**
July 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD'S SYNDICATE 457, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-16-3050 |
| | § | |
| FLOATEC LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in the court's Memorandum and Opinion of this date, this action is dismissed with prejudice. This is a final judgment.

SIGNED on July 9, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge