United States District Court
Southern District of Texas
**ENTERED**
December 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND CERTAIN INSURANCE COMPANIES SUBSCRIBING TO POLICY B0823EE110211, individually and as subrogees of CHEVRON U.S.A. INC., *et al.* | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 16-cv-03050 Jury Requested |
| v. | § § | |
| AMERICAN GLOBAL MARITIME, INC., *et al.* | § § | |
| Defendants. | § | |

### ORDER

Considering the Unopposed Motion to Dismiss filed by Plaintiffs Certain Underwriters at Lloyd's London and Certain Insurance Companies, severally subscribing to an Offshore Construction Risk Policy No. B0823EE110211;

IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED and all claims in this litigation are DISMISSED, with prejudice, each party to bear its own costs.

SIGNED on this 10/2 day of December 2019.

Lee H. Rosenthal
Chief United States District Judge